## Jacksonville Bus Line Company, Plaintiff-Appellant, v. Herbert Watson, Defendant-Appellee.

Gen. No. 9,855.

Jenkins, Olsen & Cantrill, for appellant; Harold G. Talley, and Manuel M. Wiseman, for appellee. Opinion by JUSTICE O'CONNOR. Not to be published in full. Opinion filed January 29, 1953; rehearing denied March 18, 1953; released for publication March 18, 1953.

## John Gulan, Appellee, v. Robert Gabriel, Appellant.

Gen. No. 45,893.

Clausen, Hirsh & Miller, for appellant; Croke, Petrucelli, O'Brien & Mullen, for